HERMAN GERNAU, as Administrator, etc., Appellant, *v.* THE OCEANIC STEAM NAVIGATION COMPANY, Limited, Respondent.

(Argued January 31, 1894; decided February 27, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the June term, 1893, which affirmed a judgment in favor of defendant entered upon an order of the court on trial at Circuit dismissing the complaint.

*Charles Steckler* for appellant.

*Everett P. Wheeler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____